405 A.2d 541

Commonwealth v. Golson, Appellant.

Submitted December 31, 1977. George B. Ditter, Assistant Public Defender, for appellant; James A. Cunningham, Assistant District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

618

JACOBS, WATKINS, former P. JJ., and HOFFMAN, J., did not participate in the consideration or decision of this case.